1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN S. LAYTON,                               )   No. CV 13-3683 FMO (FFM)
                                               )
            Plaintiff,                         )   ORDER ACCEPTING FINDINGS,
                                               )   CONCLUSIONS AND
      v.                                       )   RECOMMENDATIONS OF
                                               )   UNITED STATES MAGISTRATE JUDGE
SALVATOR VILLALON, M.D., et al.,               )
                                               )
            Defendants.                        )
                                               )

16     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

17  and files herein, and the Report and Recommendation of United States Magistrate Judge.

18  Plaintiff has not filed any written Objections to the Report.  The Court concurs with and

19  accepts the findings, conclusions and recommendations of the Magistrate Judge.

20     IT IS ORDERED that Judgment be entered dismissing this action without

21  prejudice.

22

23  DATED: December 30, 2015

24

25                                                 _____/s/_____
                                                   FERNANDO M. OLGUIN
26                                                 United States District Judge

27

28