UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN S. LAYTON, | ) | No. CV 13-3683 FMO (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SALVATOR VILLALON, M.D., et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: <u>December 30, 2015</u>

/s/
FERNANDO M. OLGUIN
United States District Judge